# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of

Case Number: 5:08-CV-81-OC-10GRJ

Plaintiff:
**VALMONT INDUSTRIES INC**

vs.

Defendant:
**SUSIES STRUCTURES INC**

Received by APEX PROCESS SERVICE on the 25th day of February, 2008 at 8:48 am to be served on **SUSIE'S STRUCTURES INC WILLIAM A. ZIEGLER, 23820 CR 561, ASTATULA, FL 34705**.

I, ANTHONY HORNSBY, do hereby affirm that on the **27th day of February, 2008 at 9:15 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL CASE** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
THE ADDRESS GIVEN IS VACANT.
ATTEMPTED SERVICE AT 23800 CR 561, ASTATULA, FL 34705. THIS ADDRESS IS FENCED IN THE SAME AREA AS THE FIRST ADDRESS AND IS ALSO VACANT.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Duly Appointed and Qualified Pursuant to F.S. 48.021(2)

ANTHONY HORNSBY
CPS 06-8-29

**APEX PROCESS SERVICE**
P.O. BOX 703
OCALA, FL 34478
(352) 694-1443

Our Job Serial Number: 2008003707