UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VALMONT INDUSTRIES, INC., a Delaware
Corporation,

    Plaintiff,

-vs-                                      Case No. 5:08-cv-81-Oc-10GRJ

SUSIE'S STRUCTURES, INC., a Florida
Corporation, and ZIEGLER BOLT AND
PARTS CO. d/b/a ZIEGLER BOLT & NUT,
an Ohio Corporation,

    Defendant.
_____/

## ORDER

The United States Magistrate Judge has issued a report (Doc. 36) recommending that Plaintiff's Amended Motion for Entry of Final Judgment by the Clerk against Defendant Susie's Structures, Inc. (Doc. 26) should be granted. None of the parties have filed objections to the Magistrate Judge's report and recommendation, and the time for filing objections has elapsed. Accordingly, upon due consideration, it is ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation (Doc. 36) is adopted, confirmed, and made a part hereof. The Clerk is directed to withhold judgment pending final resolution of all claims.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 12 day of January, 2009.

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record